# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 10-1845

_____

Clayton Baasi,                                    *
                                                  *
        Appellant,                          *
                                                  *  Appeal from the United States
     v.                                       *  District Court for the
                                                  *  District of Minnesota.
Joan Fabian; David Crist; Sheryl                  *
Vesner; David Reishus; Michelle                   *  [UNPUBLISHED]
Smith; John King; John Doe;                       *
Jane Doe,                                         *
                                                  *
        Appellees.                          *

_____

Submitted: September 2, 2010
Filed: September 3, 2010

_____

Before LOKEN, MURPHY, and BENTON, Circuit Judges.

_____

PER CURIAM.

Clayton Baasi appeals the district court's[1] order partially dismissing and partially granting summary judgment adversely to him in his 42 U.S.C. § 1983 civil action. Following de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979,

_____

[1]The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendation of The Honorable Raymond L. Erickson, United States Magistrate Judge for the District of Minnesota.

982 (8th Cir. 2004), we conclude that the district court's disposition was proper for the reasons stated by the district court.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____